E-FILED
Sunday, 09 February, 2020  06:01:55 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEMETRIUS GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19 CV 01241 |
| v. | ) | |
| | ) | |
| RANDALL MEISTER, NICHOLAS | ) | Judge Colin Stirling Bruce |
| ROSSI, SUSAN PRENTICE, and other | ) | |
| As-yet-unidentified employees of the | ) | Magistrate Judge Eric I. Long |
| Illinois Department of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Demetrius Golden, by his attorney, Elizabeth N. Mazur, and the Defendant, Nicholas Rossi, by his attorney, Kwame Raoul, Illinois Attorney General, pursuant to a settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of this case.  The Plaintiff and the Defendants agree as follows:

1.  This lawsuit shall be dismissed without prejudice until such time as payment is made pursuant to the parties' settlement agreement.  At that point, the dismissal shall automatically convert to dismissal with prejudice.

2.  Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

*/s/ Elizabeth Mazur*

Elizabeth N. Mazur
Attorney for Plaintiff
Uptown People's Law Center
4413 N. Sheridan
Chicago, Illinois 60640
(773) 769-1411


Date: February 9, 2020

*/s/Kimberly W. Leung*

Kimberly W. Leung
Assistant Attorney General
Attorney for Defendants
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-5484


Date: February 9, 2020